UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Fresenius Medical Care Holdings, Inc.
　　　　　Plaintiff

V.

Amneal Pharmaceuticals

　　　　　Defendants

CIVIL ACTION

NO. 10-11429-RGS

### SETTLEMENT ORDER OF DISMISSAL

STEARNS, D. J.

The Court having been advised on __2/23/12__ that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

__2/23/12__
Date

By the Court

/s/ Elaine Flaherty
Deputy Clerk

(Dismissal Settlement.wpd - 12/98)